United States District Court
Northern District of Florida
Panama City, Division.

Clarence Leontey Francis
Plantiff

vs.

A. Paynter Et Al.
Defendants

Case # 5:18-cv-00094-MCR-EMT

PROVIDED TO
SANTA ROSA C.I. ON
APR 28 2018
FOR MAILING BY _____

Amended Complaints

The Plantiff Claims For Injunctive Relief Authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 Of The Federal Rules of Civil Procedure.

Come's now, The Plantiff Ask this Honorable Court to Grant The Plantiff Prospective Relief Pursunt to 18 U.S.C. 3626 As A Appropriate Remedies With Respect to Prison Conditions:

(1) On Oct 16, 2017. The Plantiff Was Written A D.R. By Officals C. Brown and Seiffert. On Nov 1, 2017 The Plantiff Was Sentence to 90 Day's D.C. Confiment. On Nov 17, 2017. The Plantiff Was Approve For Cm 2. On Feb 26, 2018 The Plantiff Vistation was Suspend For 12 months. The Plantiff was Charse With A Battery on A C.O. and disordenit conduct.

(2) The Plantiff Was Housed At Holmes C.I. Confiment Unit From Oct 16, 2017 until Being Tranfer to Santa Rosa C.I. On April 19, 2018.

(1)

(3) The Plantiff Challenge his C.M. Placement By Exhaustion All Administrative Remedies On Grievance Prouedure.

## Statement Of Facts

On Aug 21, 2017 The Plantiff Sent A Formal Grievance to The Secarity OF D.O.C. Grievance Log #17-6-35355 Challenging/Alleging A Violation of Prison Policies. By Holmes C.I. Officals. The Plantiff WAS Seeking The Secertary OF D.O.C. To Deal With The Misconduct By D.O.C. Officals. The Plantiff Ask in His Grievance to Recive Protective Custody. From The Staff Member's At Holmes C.I.. On Sept. 22, 2017 Secertery OF D.O.C. A. Paynter Respoed to The Plantiff Grievance. Stated That The Plantiff Grievance is in none Complince to Chapter 33-103 and That the Plantiff Must Bring His Compliant to The Coln Concerning Staff A. Paynter Further Stated That he Contacted The Insutition (Holmes C.I) And was Advised That Sgt Payne Deined His Allegation. The Secertary OF D.O.C. A Paynter and Holmes C.I. Official Sgt Payne. Did not Follow Chapter 33 602.220. That States in Writeing. Statment Mades By A Inmate Concerning That He And Fear OF Staff The Grievance Must Be Forward to The I.G. Office- For A Review. Chapter 33.602.220. is Govern Due Process Rights For Prisoner Under (PLRA) There Fore D.O.C Officals Must Follow The Rules to Insure D.O.C. Policies (Care, Custody, Control), Treatment Under Health Insurance Probility Accountblity Act.

(2)

The Defendants Are under Color of State Law. In must Provied Care, custody controal, D.O.C. Policey. An unconstitutional Act's by D.O.C. Officais. is A Federal Violation of A 8th Amend and A 14th Amend. Under (PLRA) The Plantiff is Suffering From Cruel Usunal Pushiment. Being Held Asinst his Will and Confiment. With His Visition Being suspend. Because of A misconduct By D.O.C. Officei's For Failure to Act. In Compliance With Chapter 33 Ga 2.220. The Plantiff Recived Damases on His Back, Kindey, Adominal. In A Violation of His Rights Under PLRA. The Plantiff Used Deliberate Indifference. As A Clium to Grant Prospective Relief. On His Civical Complient Challensing The Conditions of His Confiment Placement The Plantiff can Prove deliberate indifference in can show (1) Prison Officais knew about The Plantiff Allegation on Fear of Staff (2) The Prison Officais failed to Provied Policey or Respond Reasonably to The Plantiff Allegation to Provied Policey. On Grievence Log # 17-6-35355. Prison officials / Defendant's Can be held liable For the Event That took Place on Oct 16, 2017 Where Staff Abuse Exlessive Force Was use on The Plantiff for no Reason. This Has Been A Outrageous misconduct By D.O.C. Officeis in is seen on D.O.C. Camera. Where Capt Seiffirt Sgt C. Lee Sgt Griffen C.O. Brown and C.O. Smith. Violated the 8th Amend Cruel Unusual Pushiment when Prison Officei's Punched Kicked and gas The Plantiff causing Him. Serve Damense on his Back, Kindey, Adominal.

(3)

The Plntff is Dealing With Retaliation. and is Being Threaten By SAnta RosA Officci's The Plntff CAn show That Being Held and Confinement Under Cm2 PLAcement is A Violation Of his 8th Amend. And That The Defendants PLAcement is A Continuing Violaten Of The 8th Amend. The Plntff Cliam That he's Been Provied jnAdequate Medical CAre Because of his PLAcement, In HAs Been deprive From his Personel PropertT. HAS Been Place in A Strip Cell. In HAS Been Place and a Extremely HArsh Conditions Because of A Misconduct By D.O.C. Officel For Faiure to Provied CAre Costedy Contoent on Inmate Grievance Procdures. The Plntff HAS Recived ACtual and Imminent injury because of The miscondsct Of Prison StAFF. There fore the Plntff Ask this Court to Grent Permenent Injunction Or A Preliminary injunction or A Temporary Restraining Order On The Defendents to stop The Plntff Cm. PLAcement Punshiment to Into Allowe The PlntFF to Recire His Visfition BAck. With Punitive damages Being PAid in Full Of A Sum Amount $200,000 By The Defendint As A Punshiment For Violaten The Plntff Risht Under PLRA. The Phndiff Sue and Seek An Injunction on F.D.O.C. Officel's in their individual and official CApacities Because of There Personel Involvement In This Civiel Compliant. The Plntff is Being Held At SAnte Rosa C.I. F-Dorm 3206L. In Been Recommend For Cm 1 By His Classfiction Officer on April 25, 2019.

(4)

CM Placement can be a ongoing Punishment to A Prisoner Therefore The Plentff Ask this Court to Srant him Prospective Relief. In order the Plantff to Realse The Plantiff From Confimint and Allow The Plentiff the Right to See his Family. The Defendents Does not Qualified immunity does not Protect Defendents From the Court Order of an Injunction.

Wherefore,

The Plantiff is suffering Because of A misconduct By D.O.C. Officals The Defendents are liable. For what happen on Oct 16, 2017 Where the Plantiff has Exhaustion all His Remides to Seek Relief The Defendents has Denied the Plent.FF Relief. and The Court CAn Srant The Plent.FF Prospective Relief And order The Defendents to Follow Policey Into Insure that Policey is Being Provied under (PLRA), 8th Amend and 14th Amend. and F.D.O.C. Policey Care, custody, Controal, Treatment The Plantiff has A mental disability and Have Recived Emotional injury Do to Involuntary Segresation Placement. Causation harm on A mental handicappe Prisoner Is A Violaten of Federal Law. In Prison Officals Are Liable under (PLRA) 1983 Civial Complient The Plant.FF is A Prisoner in is Servuing A 15 Year P.R.R. Sentence and F.D.O.C. In Seek The Court to Srant Prospective Relief. In order The D.O.C. officals to Realse The Plantiff From Coniement In to Reward the Plantiff Punitive damages of The Sum Amount

(5)

$200,000 For Physical damage and Psychological harm. The Plantiff seek Equal Protection from Bias Offical's That Are Employed for F.D.O.C.

Respectfull Sumbitted
Clarence L Frazier
#E34818 Santa Rosa
C.I 5850 Milton Rd
Milton FL 32583.
Confinment unit F-dorm
3206L. Cm 2 Prisoner

Certificate OF Service.

I hereby Certify That a true and correct copy of The Forgoing Amened Compliant has Been Furnished by Regular U.S. Mail to Counsel For The Defendent's Kenneth Steel7 501 S. Calhoun St Tallahessee FL 32301 on This date April 29, 2018.

#E34818.
Santa Rosa C.I. 5850
Milton Rd Milton FL,
32583.

(6)

United State District Court
Northern District of Flordia
Panama City Divison.

Clarence Leontay Frazier
Plantiff.

vs.

A. Paynter Et Al
Defendants.

PROVIDED TO
SANTA ROSA C.I. ON
APR 28 2018
FOR MAILING BY
 Gf

Order to Show Cause
For An Preliminery Injunction / A Temporary Restraning Order / Permanent Injunction.
Civial Action # 5:18-CV-00094
MCR-Emt.

Upon the Complaint, the Supporting affidavits of Plantiff, and the memorandum of Law Submitted here with, it is:

 Ordered That Defendants A. Paynter Et Al. Show cause in Room ____ of the United State Courthouse Northern District of Flordia 100 North Palafox Street Pensacola FL 32502 on the ____ day of ____ 2a____ at ____ o'clock why a Preliminery Injunction Should not issue Pursuant to Rule 65(a) of the federal Rules of Civil Procedure Enjoining the Defendents Their Successors in office, agents and Employees and all other Persons acting in Concert and Participation with them. The Plantiff Cm Placement and Vistition Prilluage. It is further ordered that Effzetive immediately, and Pending the hearing and determination of this order to Show Cause. the Defendents A. Paynter Et Al. and Each of their Officer's, Asents, Employers and all Person Acting in concert or Participation with them are Restrained from Violated The Plantiff Rights under (PLRA) It is further ordered that the order to Show cause and all other Papers attached to this Complint / Application to be served on the aforesaid Plantiff by 05-09-18

Dated: ____
United State District Judge

Clarence Leonard Frazier #E34818
Santa Rosa Correctional Institution
5850 E Milton Road
Milton FL 32583

United States District Court
Northern District of Florida
100 North Palafox Street
Pensacola, FL 32502

Legal Mail

CHECKED MAY 02 2018