IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLARENCE LEONTAY FRAZIER,
Inmate No. E34818,
     Plaintiff,

vs.                                       Case No. 5:18cv94/MCR/EMT

A. PAYNTER, et al.,
     Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated June 26, 2018, Plaintiff was given thirty (30) days in which to file an amended complaint (ECF No. 11). Plaintiff subsequently was given an extension of time to September 5, 2018, in which to file his amended complaint (*see* ECF Nos. 16, 18). On September 10, 2018, after Plaintiff had failed to file an amended complaint by the extended deadline, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 19). The

time for compliance with the show cause order has now elapsed, and Plaintiff has

failed to file an amended complaint or show cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to

comply with an order of the court.

At Pensacola, Florida, this 5<u>th</u> day of October 2018.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


**<u>NOTICE TO THE PARTIES</u>**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 5:18cv94/MCR/EMT